IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. _____ |
| v. | : | DATE FILED: _____ |
| JUAN ALVARADO | : | VIOLATIONS: |
| | : | 21 U.S.C. § 841(a)(1), (b)(1)(C) (distribution of fentanyl – 1 count) |
| | : | 21 U.S.C. § 841(a)(1), (b)(1)(A) (distribution of 400 grams or more of fentanyl – 1 count) |
| | : | 18 U.S.C. §§ 922(g)(1) and 924(e) (possession of a firearm by a felon – 1 count) |
| | : | 18 U.S.C. § 2 (aiding and abetting) Notices of forfeiture |

## INDICTMENT

### COUNT ONE

THE GRAND JURY CHARGES THAT:

On or about April 29, 2022, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**JUAN ALVARADO**

knowingly and intentionally distributed, and aided and abetted the distribution of, a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide ("fentanyl"), a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(C) and Title 18, United States Code, Section 2.

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

1. On or about May 2, 2022, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**JUAN ALVARADO**

knowingly and intentionally distributed, and aided and abetted the distribution of, 400 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide ("fentanyl"), a Schedule II controlled substance.

2. It is further alleged that before defendant JUAN ALVARADO committed the offense charged in this count, defendant ALVARADO had a final conviction for a serious drug felony, that is, a conviction on November 1, 2019, in the Eastern District of Pennsylvania, for knowingly and intentionally possessing with the intent to distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance; and approximately 20 grams of a mixture and substance continuing a detectable amount of heroin, a Schedule 1 controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(B), (b)(1)(C), a serious drug felony, for which he served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the offense charged in this count

In violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(A) and Title 18, United States Code, Section 2.

## COUNT THREE

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about May 4, 2022, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**JUAN ALVARADO,**

knowing he had previously been convicted in a court of the Eastern District of Pennsylvania of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm and ammunition, that is, a Walther, Model PPQ M2 Pro M series, .40 caliber semi-automatic handgun, serial number FCM6105 loaded with one magazine with 13 live rounds of .40 caliber ammunition, and the firearm and ammunition were in and affecting interstate and foreign commerce.

In violation of Title 18, United States Code, Section 922(g)(1) and 924(e).

## NOTICE OF FORFEITURE 1

**THE GRAND JURY FURTHER CHARGES THAT:**

  1. As a result of the violations of Title 21, United States Code, Section 841, set forth in this indictment, defendant

**JUAN ALVARADO**

shall forfeit to the United States of America:

  (a) any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violations.

  (b) any property constituting, or derived from, proceeds obtained directly or indirectly from the commission of such offense.

  2. If any of the property subject to forfeiture, as a result of any act or omission of the defendants:

  (a) cannot be located upon the exercise of due diligence;

  (b) has been transferred or sold to, or deposited with, a third party;

  (c) has been placed beyond the jurisdiction of the Court;

  (d) has been substantially diminished in value; or

  (e) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the property subject to forfeiture.

  All pursuant to Title 21, United States Code, Section 853.

## NOTICE OF FORFEITURE 2

THE GRAND JURY FURTHER CHARGES THAT:

As a result of the violations of Title 18, United States Code, 922(g)(1), set forth in this indictment, defendant

### JUAN ALVARADO

shall forfeit to the United States of America, the firearms and ammunition involved in the commission of such offenses, including but not limited to:

i. Walther, Model PPQ M2 Pro M series, .40 caliber semi-automatic handgun, serial number FCM6105 loaded with one magazine with 13 live rounds of .40 caliber ammunition;

All pursuant to Title 28, United States Code, Section 2461(c), and Title 18, United States Code, Section 924(d).

A TRUE BILL:

GRAND JURY FOREPERSON

JACQUELINE C. ROMERO
United States Attorney

No._ _ _ _ _ _ _ _ _

**UNITED STATES DISTRICT COURT**

Eastern District of Pennsylvania

Criminal Division

THE UNITED STATES OF AMERICA

vs.

JUAN ALVARADO

INDICTMENT

Counts
21 U.S.C. § 841(a)(1), (b)(1)(C) (distribution of fentanyl – 1 count)
21 U.S.C. § 841(a)(1), (b)(1)(A) (distribution of 400 grams or more of fentanyl – 1 count)
18 U.S.C. §§ 922(g)(1) and 924(e) (possession of a firearm by a felon – 1 count)
18 U.S.C. § 2 (aiding and abetting)
Notices of forfeiture

Foreperson

Filed in open court this ___31___ day,
Of ___JAN___ A.D. 20 _24_