IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA<br><br>v.<br><br>JUAN ALVARADO | CRIMINAL NO.  24-39 |
|---|---|

### ORDER RE:  PRO SE LETTER AND RE-FILING MOTION TO DISMISS

**AND NOW**, this 25th day of June, 2025, it is hereby **ORDERED** that Defendant's Motion to Dismiss Indictment (ECF 46), filed on March 27, 2025, is **DENIED WITHOUT PREJUDICE** as moot in light of the superseding indictment on April 3, 2025.  Defendant must re-file the Motion to Dismiss as to the superseding indictment within **seven (7) days** of this Order, if Defendant intends to raise the issues in his Motion at ECF 46.

It is further **ORDERED** that the Court received a letter from the Defendant *pro se* on May 27, 2025 (ECF 65) in which Defendant requests that the Court remove his counsel, and the Court will now **DENY** Defendant's request.

BY THE COURT:

/s/ Michael M. Baylson
_____
**MICHAEL M. BAYLSON**
**United States District Court Judge**

\\adu.dcn\paed\PHL-DATA\Judge_Baylson\Criminal Cases\24-39, USA v. Alvarado\24cr39 Order re MTD Re-filing.docx