## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | CRIMINAL NO. 24-39 |
|---|---|
| v. | |
| JUAN ALVARADO | |

## O R D E R

AND NOW this 6th day of January, 2026, it is hereby ORDERED that the Motion to Dismiss 924e charge (ECF 99) is DENIED as MOOT.

BY THE COURT:

/s/ Michael M. Baylson

_____

MICHAEL M. BAYLSON, U.S.D.J.

\\adu.dcn\paed\PHL-DATA\Judge_Baylson\CRIMINAL DEPUTY (Lori)\ORDERS\24-39 order denying mtd as moot.docx